1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMAR RAYLEE ROGERS,                          No. C 11-1653 WHA (PR)

       Petitioner,                      **ORDER OF TRANSFER**

  v.

VIRGA, Warden,

       Respondent.
_____/        (Docket No. 3)

     In this habeas case petitioner seeks to challenge a conviction and sentence incurred in the Superior Court of Los Angeles County.  Los Angeles County is in the venue of the United States District Court for the Central District of California.  28 U.S.C. 84.  Petitioner is incarcerated at New Folsom State Prison, in Sacramento, which is in the venue of the Eastern District of California.  *Ibid*.

     Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction.  Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  Because petitioner was convicted in Central District, this case is **TRANSFERRED** to the United States District Court for the Central District of California.  *See* 28

//

//

U.S.C. § 1406(a);  Habeas L.R. 2254-3(b).  Ruling on the request for an extension of time in which to file an application to proceed in forma pauperis will be deferred to the Central District.

**IT IS SO ORDERED.**

Dated: August ___29___, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\ROGERS3751.TRN.wpd

United States District Court

For the Northern District of California

2