**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMAR ROY LEE ROGERS, | ) | CASE NO. CV 11-07666 RGK (RZ) |
|         Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| MR. VIRGA, WARDEN, | ) | |
|         Respondent. | ) | |

This matter came before the Court on the Petition of JAMAR ROY LEE ROGERS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 18, 2012

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE